IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-CV-99-GCM

| | | |
|---|---|---|
| **MAACO FRANCHISING, LLC,** | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| **STEFANO GHIRMOLDI**, *et al*, | ) | |
| Defendants. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Lawrence J. Hilton** filed on May 18, 2015 [doc. # 17].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Mr. Hilton is admitted to appear before this court *pro hac vice* on behalf of Plaintiff, Maaco Franchising, LLC.

**IT IS SO ORDERED.**

Signed: May 24, 2015

Graham C. Mullen
United States District Judge